HALL & EVANS, LLC
KURT R. BONDS, ESQ.
Nevada Bar #6228
MADISYN SCHAUS
Nevada Bar #17294
1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
shausm@hallevans.com
nvefile@hallevans.com
bondsk@hallevans.com
***Counsel for RealPage, Inc.***

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL ERICKSON,<br><br>Plaintiff,<br><br>v.<br><br>REALPAGE, INC. (LEASING DESK SCREENING),<br><br>Defendant. | Case No.<br><br>**DEFENDANT REALPAGE, INC.'S NOTICE OF REMOVAL** |

COMES NOW, Defendant RealPage, Inc. ("RealPage"), incorrectly named RealPage, Inc. (Leasing Desk Screening), and files this Notice of Removal pursuant to 28 U.S.C. § 1446(a) and in support thereof would respectfully show the Court as follows:

**A. PROCEDURAL BACKGROUND**

1. On or about July 20, 2026, Michael Erickson ("Plaintiff") filed his Complaint ("Complaint") in the Eighth Judicial District Court, Clark County, Nevada, Case No. A-26-951670-C ("State Court Action") alleging violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq., against RealPage.

/ / /

2. The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal. No orders have been entered in the State Court Action as of the filing of this Notice of Removal.

3. RealPage was served with Plaintiff's Complaint on August 4, 2026. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. § 1446(b).

**B. GROUNDS FOR REMOVAL**

4. The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States, and it may be removed to this Court by RealPage pursuant to the provisions of 28 U.S.C. § 1446(b). Removal is proper because Plaintiff's claims present a federal question. 28 U.S.C. §§ 1331 and 1441(a). In the Complaint, Plaintiff seeks damages for RealPage's alleged violations of the federal Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq., including 15 U.S.C. § 1681e(b).

**C. COMPLIANCE WITH PROCEDURAL REQUIREMENTS**

5. Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after RealPage was first served with the Complaint, the initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

6. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the District of Nevada, Las Vegas Division, because it is in the district and division embracing the place where the state court action is pending.

7. Promptly after the filing of this Notice of Removal, RealPage shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the

Eighth Judicial District Court, Clark County, Nevada, Case No. A-26-951670-C, as required by 28 U.S.C. § 1446(d).

8. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon RealPage in the State Court Action is attached hereto as Exhibit A.

9. Trial has not commenced in the Eighth Judicial District Court, Clark County, Nevada.

WHEREFORE, RealPage, Inc. respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

Dated this 25th day of August 2026.

**HALL & EVANS, LLC**

*/s/Kurt Bonds*
KURT R. BONDS, ESQ.
Nevada Bar #6228
MADISYN SCHAUS
Nevada Bar #17294
1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
shausm@hallevans.com
nvefile@hallevans.com
bondsk@hallevans.com
***Counsel for RealPage, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of August 2026, I filed **DEFENDANT REALPAGE, INC.'S NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

None.

I hereby certify that I have sent the above and foregoing document to the following non-CM/ECF participants via Regular Mail:

Michael Erickson
PO Box 370312
Las Vegas, Nevada 89137
***Pro Se Plaintiff***

/s/Allisen VanAusdal
An Employee of HALL & EVANS, LLC