# EXHIBIT A

TSPCA
Your Name: Michael Erickson
Address: PO Box 370312
City, State, Zip: Las Vegas, Nevada 89137
Telephone: (813) 917-7588
Email Address: michael.erickson31@outlook.com
Self-Represented

"Hearing Not Requested"

EIGHTH JUDICIAL DISTRICT COURT, CLARK COUNTY

Michael Erickson, self-represented,

Petitioner,

vs. District Court Case No.: Not Assigned

RealPage, Inc. (LeasingDesk),

Defendant.

## COMPLAINT

### I. JURISDICTION

This matter comes before the Eighth Judicial District Court in Clark County, Nevada, due to the Plaintiff's physical location, PO Box location, location to vote in elections and the location of the Plaintiff when the unlawful matter took place. The Defendant does business with a company that is here.

## II. FACTUAL ALLEGATIONS

LeasingDesk Screening, a product and service of RealPage, Inc. located at 2201 Lakeside Boulevard, Richardson, Texas 75082-4305, harmed me in its claims that I was involved in a criminal act that did not happen. As a result, I have been stuck in 100°F weather, without passing the background check for housing. I received a Denial Letter for housing on June 01, 2026. I requested my consumer file from LeasingDesk Screening on June 04, 2026.

## III. CLAIMS FOR RELIEF

I, Michael Erickson, the Petitioner must be compensated by RealPage, Inc. because its product and service, LeasingDesk Screening, is causing compensatory and punitive damages to me by means of claiming that I committed a criminal act which is a claim that is not to the letter of the law. *Fla. Stat. 943.059.* This violation of *15 USC 1681 Fair Credit Reporting Act (FCRA)* is making me continually face unnecessary harm in Clark County, Nevada, during a time when the Clark County Fire Department has an initiative to set up county-wide cooling stations "due to extreme heat."

The Thoma Bravo-owned RealPage, Inc., acquired for $10.2 billion in 2021 has shown a pattern of recklessness with the antitrust lawsuit it underwent in 2025. *United States of America et al.* v. *RealPage, Inc. et al., Civil Action No. 1:24-cv-00710.* The reckless pattern of how RealPage, Inc. operates is criminal.

As a self-represented litigant in Clark County, Nevada, I am pleading with the Court to see RealPage, Inc. for what it is; it is a recklessly operated company which should pay me for punitive damages upwards to $2.06M for its pattern of recklessness. In terms of mismanagement and the pattern of operation of RealPage, Inc., the alleged willful violation of *15 U.S.C. 1681e(b)* mandates that Credit Reporting Agencies must follow ***"reasonable procedures to assure maximum accuracy of the information."*** I have been harmed. I am still harmed until I receive compensation.

The event that RealPage, Inc. has documented with its product/service LeasingDesk Screening is an event that did not happen. Reporting a legally nonexistent record is not to the letter of the law. *Fla. Stat. 943.059* has written that under the applicable circumstances, there exists the nature of what can be shared.

If the record in an applicant's level one background check is shared with a property management company and the applicant faces inherent harm (i.e. multiple days of more than 100°F weather without housing) and this harm is extended by means of the revealing of an event that, lawfully, did not take place, the applicant must have compensation paid to provide recovery, protection and relief from the unreasonably operated company that does not have reasonable procedures to apply the letter of the law, namely Fla. Stat.

*943.059. Florida Rule of Criminal Procedure 3.692. Miller v. Equifax Information Services LLC, No. 3:2011cv01231.*

I have faced and I am still facing anguish from the events that are transpiring in reference to the violation of *FCRA* by RealPage, Inc. I hope the Court can determine that the damage to me is a pattern of neglect from the poorly operated and recklessly operated RealPage, Inc.

IV. PRAYER FOR RELIEF

I am respectfully requesting the Court to provide relief for the compensatory damages of *FCRA* violation-related harm in two categories: economic loss and non-economic losses. The measurable financial loss of disregarding *Fla. Stat. 943.059* to yield the denial of housing includes the fees to have applied for housing. Non-economic losses include *Protected Healthcare Information* related damages as intangible harm.

I am respectfully requesting the Court to provide relief for the alleged statutory damages of *FCRA* violation-related harm caused by RealPage, Inc. The pattern of irresponsible company operations as reckless procedures should mandate a recoverable monetary sum per violation. This is for the alleged willful violation of *FCRA*.

I am respectfully requesting the Court to give me relief for the alleged punitive damages of *FCRA* violation-related harm caused by RealPage, Inc. I

am pleading with the Court to punish the defendant and deter RealPage, Inc. (and other companies) from doing this again upwards to $2.06M.

I am respectfully requesting the Court to give me any other relief the Court deems just and proper.

Respectfully submitted,

Dated: July 20, 2026

/s/ Michael Erickson, self-represented

Michael Erickson
PO Box 370312
Las Vegas, Nevada 89137
Telephone: (813) 917-7588
Email: michael.erickson31@outlook.com
Self-represented

# PROCESS SERVER DELIVERY DETAILS

**Date:** Tue, Aug 4, 2026
**Server Name:** ABC Legal

| | |
|---|---|
| Entity Served | RealPage, Inc. (LeasingDesk) |
| Case Number | A-26-951670-C |
| Jurisdiction | DE |

| Inserts | | |
|---|---|---|
| | | |

Electronically Issued
7/18/2026 10:30 PM

**SUMM**

Michael Erickson
*(Your Name)*
PO Box 370312
*(Your Mailing Address)*
Las Vegas, Nevada 89137
*(Your City, State, Zip Code)*
(813) 917-7588
*(Your Telephone Number)*
Not Applicable
*(Your Fax Number)*
michael.erickson31@outlook.com
*(Your E-mail Address)*
Plaintiff, Self-Represented

**EIGHTH JUDICIAL DISTRICT COURT**

**CLARK COUNTY, NEVADA**

*Name:*

*Plaintiff's* MICHAEL ERICKSON, self-represented,
Plaintiff,

vs.

*Defendant's Name:* REALPAGE, INC. (LEASING DESK SCREENING)

Defendant.

Case No.: A-26-951670-C
Dept. No.: XVI

**SUMMONS**

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU FILE A RESPONSE WITH THE COURT WITHIN 21 DAYS. READ THE INFORMATION BELOW CAREFULLY.**

To the Defendant named above: REALPAGE, INC. (LEASING DESK SCREENING)

A civil complaint has been filed by the Plaintiff against you. Plaintiff is seeking to recover the relief requested in the complaint, which could include a money judgment against you or some other form of relief.

If you intend to defend this lawsuit, within 21 calendar days[1] after this Summons is served on you (not counting the day of service), you must:

1. File with the Clerk of the Court, whose address is shown below, a formal written response (typically a legal document called an "answer," but potentially some other

[1] The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members, and legislators each have 45 days after service of this Summons within which to file a response to Plaintiff's complaint.

response) to Plaintiff's complaint.

2. Pay the required filing fee to the court, or file an Application to Proceed *In Forma Pauperis* and request a waiver of the filing fee.

3. Serve (by mail or hand delivery) a copy of your response upon the Plaintiff whose name and address is shown below.

**Information and forms to assist you are available, free of charge, at the Civil Law Self-Help Center at the Regional Justice Center, 200 Lewis Avenue, Las Vegas, Nevada, and on the center's website at www.civillawselfhelpcenter.org.**

If you fail to respond, the Plaintiff can request your default. The court can then enter judgment against you for the relief demanded by the Plaintiff in the complaint, which could result in money or property being taken from you or some other relief requested in Plaintiff's complaint.

If you intend to seek an attorney's advice, do it quickly so that your response can be filed on time.

**TIMOTHY F. ANDREWS, CLERK OF COURT**

By: Michelle White Date: 7/20/2026

Issued at the request of:

/s/ Michael Erickson
*(Signature)*
Michael Erickson
*(Your Name)*
PO Box 370312
*(Your Street Address)*
Las Vegas, Nevada 89137
*(Your City, State, and Zip Code)*

Plaintiff, Self-Represented

***Note:*** ***When service is by publication, add a brief summary of the claims asserted, the relief sought, and include any special statutory requirements. This summary should have been proposed through a Motion Seeking Publication and approved through an Order for Service by Publication. See Nevada Rule of Civil Procedure 4.4(c).***



*Rev. 2/20/2019*
*© Civil Law Self-Help Center*

**AOS**

______________________________
*(Your Name)*
______________________________
*(Your Mailing Address)*
______________________________
*(Your City, State, Zip Code)*
______________________________
*(Your Telephone Number)*
______________________________
*(Your Fax Number)*
______________________________
*(Your E-mail Address)*
Plaintiff, Self-Represented

**EIGHTH JUDICIAL DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| *Plaintiff's Name:* ______________________________<br>Plaintiff,<br>vs.<br>*Defendant's Name:* ______________________________<br>Defendant. | Case No.: ______________<br>Dept. No.: ______________ |

**AFFIDAVIT/DECLARATION OF SERVICE UNDER PENALTY OF PERJURY**

*(Insert name of person performing service)* ______________________________, being duly sworn or under penalty of perjury, states that at all times relevant, I was over 18 years of age and not a party to or interested in the above-captioned case; that I received a copy of the following document(s) *(insert title of documents being served)*: ______________________, on *(insert date server received documents)* ____________, 20____; and that I served the same on *(insert date and time you served)* ______________________, 20____, at the hour of ______ __.M., on Defendant *(insert Defendant's name)* ______________________________________________ by the following method *(complete appropriate paragraph below)*:

☐ **Personal service per NRCP 4.2(a)(1)**: Delivering and leaving a copy with *(insert Defendant's name)* ______________________________ at *(insert address at which you served)* ______________________________.

/ / /



Rev. 2/20/2019
© Civil Law Self-Help Center

**For more forms and information, visit www.civillawselfhelpcenter.org.**

☐ **Substitute service per NRCP 4.2(a)(2)**: Delivering and leaving a copy with *(insert name or physical description of person served)* ________________________________________, a person of suitable age and discretion residing at Defendant's dwelling house or usual place of abode, at *(insert Defendant's address)* ______________________________________________________________________________.

☐ **Service on a business entity per NRCP 4.2(c)(1)(A)**: Delivering and leaving a copy with *(insert name or physical description of person served)* ________________________________________________, who is Defendant's *(check one)* ☐ registered agent, ☐ officer or director, ☐ partner, ☐ member, ☐ manager, ☐ trustee, or ☐ other *(specify)* __________________________________, at *(insert address at which you served)* ______________________________________________________________________________.

☐ **Other method of service authorized by Nevada statute or court rule**:

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAW OF THE STATE OF NEVADA THAT THE FOREGOING IS TRUE AND CORRECT.**

**SERVER'S SIGNATURE:** ________________________________________ **Date:** ______________

Server's Phone: __________________________

Server's ☐ Residential/ ☐ Business Address: ______________________________________________

☐ I am a licensed process server or an employee of a licensed process server; my license or registration number is *(insert license or registration number)*: ______________________________.

☐ I am not required to be licensed under chapter 648 of the Nevada Revised Statutes or another provision of law because am not engaged in the business of serving legal process within the State of Nevada.



*Rev. 2/20/2019*
*© Civil Law Self-Help Center*

Electronically Filed
7/18/2026 10:18 PM
TIMOTHY F. ANDREWS
CLERK OF THE COURT

# DISTRICT COURT CIVIL COVER SHEET

Clark County,Nevada

Case No. Not Assigned
*(Assigned by Clerk's Office)*

CASE NO: A-26-951670-C
Department 16

## I. Party Information *(provide both home and mailing addresses if different)*

| Plaintiff(s) (name/address/phone): | Defendant(s) (name/address/phone): |
|---|---|
| MICHAEL ERICKSON, self-represented | REALPAGE, INC. (LeasingDesk) |
| PO BOX 370312 | 2201 LAKESIDE BOULEVARD |
| LAS VEGAS, NEVADA 89137 | RICHARDSON, TEXAS 75082 |
| (813) 917-7588 | (877) 325-7243 |
| Attorney (name/address/phone): | Attorney (name/address/phone): |
| | |
| | |
| | |

## II. Nature of Controversy *(please select the one most applicable filing type below)*

### Civil Case Filing Types

| Real Property | Torts | |
|---|---|---|
| **Landlord/Tenant** | **Negligence** | **Other Torts** |
| ☐ Unlawful Detainer | ☐ Auto | ☐ Product Liability |
| ☐ Other Landlord/Tenant | ☐ Premises Liability | ☐ Intentional Misconduct |
| **Title to Property** | ☒ Other Negligence | ☐ Employment Tort |
| ☐ Judicial Foreclosure | **Malpractice** | ☐ Insurance Tort |
| ☐ Other Title to Property | ☐ Medical/Dental | ☐ Other Tort |
| **Other Real Property** | ☐ Legal | |
| ☐ Condemnation/Eminent Domain | ☐ Accounting | |
| ☐ Other Real Property | ☐ Other Malpractice | |

| Probate | Construction Defect & Contract | Judicial Review/Appeal |
|---|---|---|
| **Probate** *(select case type and estate value)* | **Construction Defect** | **Judicial Review** |
| ☐ Summary Administration | ☐ Chapter 40 | ☐ Foreclosure Mediation Case |
| ☐ General Administration | ☐ Other Construction Defect | ☐ Petition to Seal Records |
| ☐ Special Administration | **Contract Case** | ☐ Mental Competency |
| ☐ Set Aside | ☐ Uniform Commercial Code | **Nevada State Agency Appeal** |
| ☐ Trust/Conservatorship | ☐ Building and Construction | ☐ Department of Motor Vehicle |
| ☐ Other Probate | ☐ Insurance Carrier | ☐ Worker's Compensation |
| **Estate Value** | ☐ Commercial Instrument | ☐ Other Nevada State Agency |
| ☐ Over $200,000 | ☐ Collection of Accounts | **Appeal Other** |
| ☐ Between $100,000 and $200,000 | ☐ Employment Contract | ☐ Appeal from Lower Court |
| ☐ Under $100,000 or Unknown | ☐ Other Contract | ☐ Other Judicial Review/Appeal |
| ☐ Under $2,500 | | |

| Civil Writ | | Other Civil Filing |
|---|---|---|
| **Civil Writ** | | **Other Civil Filing** |
| ☐ Writ of Habeas Corpus | ☐ Writ of Prohibition | ☐ Compromise of Minor's Claim |
| ☐ Writ of Mandamus | ☐ Other Civil Writ | ☐ Foreign Judgment |
| ☐ Writ of Quo Warrant | | ☐ Other Civil Matters |

***Business Court filings should be filed using the Business Court civil coversheet.***

July 20, 2026 — Date

/s/ Michael Erickson — Signature of initiating party or representative

***See other side for family-related case filings.***