**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Michael Erickson,

Plaintiff,

v.

RealPage INC,

Defendant.

Case No. 2:26-cv-02700-GMN-DJA

**Order**

Before the Court is the parties' stipulated discovery plan. (ECF No. 9). However, the parties do not indicate whether their plan is submitted in compliance with LR 26-1(b) or if they are requesting special scheduling review as required by LR 26-1(a). To the extent the parties are suggesting that discovery progress in accordance with LR 26-1(b), their deadlines are miscalculated.

**IT IS THEREFORE ORDERED** that the stipulated discovery plan (ECF No. 9) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that the parties must file a renewed discovery plan on or before **October 14, 2026.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send a copy of this order to Plaintiff.

DATED: September 30, 2026,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE